Brown
— v —
Tennessee Mental Health Consumers' Association, Inc
19-2294

**JOHN T. FOWLKES, JR.**

Brown
— v —
Tennessee Mental Health Consumers Association, Inc.
19-2294

**TU M. PHAM**